AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| De'lonte Jackson | | |
| *Plaintiff* | | |
| v. | ) | Civil Action No.    9:19-CV-02402-JMC |
| Patricia Ray and Corporal Gibson, | ) ) ) ) ) | |
| *Defendant*s | | |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: It is ordered that the Plaintiff, De'lonte Jackson, shall take nothing of the Defendants ,Patricia Ray and Corporal Gibson as to the complaint filed pursuant to 42 U.S.C. § 1983. Defendants' Motion for Summary Judgment is granted.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J Michelle Childs, United States District Judge, presiding, accepting Magistrate Judge Bristow Marchant's Report and Recommendation.

Date:    June 12, 2020

*CLERK OF COURT*

s/C.Pegram-Conner

*Signature of Clerk or Deputy Clerk*